NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## AMERICAN CONTRACTORS INDEMNITY COMPANY,
*Plaintiff-Appellant,*

v.

## UNITED STATES,
*Respondent-Appellee.*

---

2013-5116

---

Appeal from the United States Court of Federal Claims in No. 07-CV-0374, Judge Margaret M. Sweeney.

---

## JUDGMENT

---

JEFFERSON B. SLAGLE, Thompson & Slagle, LLC, of John's Creek, Georgia, argued for plaintiff-appellant. On the brief was DEWITTE THOMPSON.

MICHAEL D. AUSTIN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were STUART F. DELERY, Assistant Attorney General, BRYANT SNEE, Acting Director, and DONALD E. KINNER, Assistant Director.

-----------------------

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, BRYSON, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| March 4, 2014 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |